**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISOPHER LUCINEO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1043** |
| **VU VIENG C.** | **SECTION: D (1)** |

**SCHEDULING ORDER**

A Scheduling Conference was held September 2, 2026.

Participating were:

Andrew Bizer for the plaintiff,

Anh Quang Cao for the defendant.

Issue is joined as to all parties. Jurisdiction is not contested. A party must file any motion addressing personal jurisdiction, venue, or improper service as contemplated by Fed. R. Civ. P. 12(b) within 30 days of this Order.

**In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), each party or intervenor must file disclosures pursuant to Fed. R. Civ. P. 7.1 upon its first appearance, pleading, petition, motion, response, or other request addressed to the Court. If Rule 7.1 disclosures were not made by any party prior to the Scheduling Conference, that party has fourteen (14) days from the date of the Scheduling Order to comply and file its Rule 7.1 disclosures into the record. A sample Rule 7.1 Disclosure Statement form is attached.**

**Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than September 16, 2026.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **October 2, 2026,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

A TELEPHONE Status Conference will be held on **October 16, 2026, at 12:30 p.m.** for the purpose of discussing preliminary matters. Dial in information will be emailed to all counsel closer to that date. **Prior to five (5) working days before the Status Conference, counsel for each party must submit a letter prepared in accordance with the Notice of Preliminary Status Conference attached.**

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **November 24, 2026.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **December 23, 2026.** This deadline shall also apply to all expert disclosures, as defined by the

Federal Rules of Civil Procedure 26(a)(2)(C).

Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **January 8, 2027.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **December 23, 2026.** Any party seeking non-disclosure of any exhibits, including surveillance or similar evidence intended to be used for impeachment, should request an ex parte conference with the Court for the Court's determination if same must be disclosed prior to trial. *Chiasson v Zapata Gulf Marine Corp.,* 988 F.2d 513 (1993).

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **January 23, 2027**. This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules and/or Local Rules of this Court are established.

All pretrial motions, including Motions for Summary Judgment and Motions *in limine* regarding the admissibility of expert testimony, shall be filed in sufficient time to permit a submission date of **February 16, 2027.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed in sufficient time to permit a submission date of **March 2, 2027**. Motions in Limine shall follow the deadlines as indicated above regardless of submission dates which may be issued by the Clerk of Court upon filing.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-368 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF. During any closure of the Courthouse, counsel should contact chambers *prior to making any binders of exhibits* to determine how best to deliver copies of pleadings or exhibits to the Court. Counsel shall be prepared to provide all exhibits in an electronic format to the Court as well as to be prepared to provide exhibits electronically to witnesses during trial.

**THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE AT LEAST SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING THE MANDATORY SETTLEMENT CONFERENCE. THAT CONFERENCE MUST BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE. COUNSEL ARE ENCOURAGED TO REQUEST ANY OTHER SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE OR ANY OUTSIDE MEDIATOR DURING THE PENDENCY OF THE CASE AS MAY BE PRODUCTIVE.**

A Final Pretrial Conference will be held on **March 24, 2027, at 12:30 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The proposed joint pretrial order must be electronically filed into the Court record by 12:00 p.m. five (5) working days prior to the conference, excluding Saturdays, Sundays, and holidays (i.e. if the conference is set for 8:30 a.m. Friday, it must be filed into the record by noon the preceding Friday). The proposed joint pretrial order shall bear electronic signatures of all counsel at the time it is filed. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **TUESDAY, April 13, 2027 at 9:00 a.m.** before the District Judge without a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last two (2) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will not be automatically extended, unless otherwise ordered by the Court.

**PLEASE BE ADVISED THAT GRANTING A CONTINUANCE DOES NOT AUTOMATICALLY EXTEND OTHER DEADLINES.**

New Orleans, Louisiana, this 2nd day of September, 2026.

Wendy B Vitter

**WENDY B. VITTER**
**United States District Judge**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISOPHER LUCINEO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1043** |
| **VU VIENG C.** | **SECTION: D (1)** |

The following chart is provided solely for convenience. Counsel are to consult the Pretrial Notice, Federal Rules, and Local Rules for additional details.

| | |
|---|---|
| Rule 7.1 Disclosures | Rule 7.1 disclosures by every party shall be filed fourteen (14) days from Scheduling Order |
| Initial Disclosures | Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) by September 16, 2026 |
| Amendments to Pleadings | October 2, 2026 |
| Plaintiff's Expert Reports | November 24, 2026 |
| Defendant's Expert Reports | December 23, 2026 |
| Plaintiff's Rebuttal Reports | January 8, 2027 |
| Witness Lists | December 23, 2026 |
| Exhibit Lists | December 23, 2026 |
| Depositions and Discovery | January 23, 2027 |
| Non-Evidentiary Pretrial Motions and Motions in Limine regarding the admissibility of expert testimony | February 16, 2027 – submission date |
| Motions in Limine (other than those regarding the admissibility of expert testimony) and memoranda in support | March 2, 2027 – submission date |
| Settlement Conference | The parties must contact the assigned Magistrate Judge for the purpose of scheduling a settlement conference which must be held not later than two weeks prior to the pretrial conference. |
| Pre-Trial Order | Five (5) working days by 12:00 p.m. before the Pre-Trial Conference |
| Pre-Trial Conference | March 24, 2027, at 12:30 p.m. |
| Bench Trial | April 13, 2027, at 9:00 a.m. |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISOPHER LUCINEO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1043** |
| **VU VIENG C.** | **SECTION: D (1)** |

**ADDENDUM TO SCHEDULING ORDER**

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISOPHER LUCINEO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1043** |
| **VU VIENG C.** | **SECTION: D (1)** |

**NOTICE REGARDING PRELIMINARY STATUS CONFERENCE**

**IT IS ORDERED** that a telephone status conference will be held **October 16, 2026, at 12:30 p.m.** with United States District Judge Wendy B. Vitter, 500 Poydras Street, Room C368, New Orleans, Louisiana.

**AT LEAST FIVE WORKING DAYS PRIOR** to the conference, each party shall submit a written status report to the Court. The parties may submit a joint status report or individually. If an individual report is submitted, all counsel are to be copied. **The status report should not be filed, but instead, submitted by email to efile-vitter@laed.uscourts.gov or faxed directly to chambers at 504-589-2393.** The status report shall contain:

(1) A brief description of the basis for jurisdiction;
(2) A listing of any discovery done;
(3) A listing of any specialized discovery that may be involved in this matter; and
(4) Whether or not this matter should be fast-tracked for settlement.

**TRIAL COUNSEL ARE TO PARTICIPATE IN THIS CONFERENCE. IF, HOWEVER, YOU ARE UNABLE FOR GOOD CAUSE TO DO SO, ANOTHER ATTORNEY IN YOUR OFFICE MAY PARTICIPATE IF ACQUAINTED WITH ALL DETAILS OF THE CASE AND AUTHORIZED TO ENTER INTO ANY NECESSARY AGREEMENTS. COUNSEL FROM OUT OF STATE SHOULD CONTACT THE COURT AT LEAST FIVE WORKING DAYS PRIOR TO THE CONFERENCE TO DETERMINE WHETHER IN PERSON PARTICIPATION IS REQUIRED OR WHETHER PARTICIPATION BY TELEPHONE WILL BE SUFFICIENT.**